# ATTACHMENT 1

THESE DEFENDANT EAMON, AND DEENA HAVE CONTINUED COURT USING THE PLAINTIFFS RIGHT TO CONTINUANCE OF PROCEEDING AGAINST HIS AUTHORIZATION ALONGSIDE WITH HELP OF JONATHAN MCDONALD.

I GAVE NOTICE TO EAMON AND DEENA ON 11/19/21 THAT I WAS REPRESENTING MYSELF ON CASE 66166221-CR, THIS MEANS JONATHAN WAS FIRED. BUT INDEED THEY STILL ALLOWED HIM TO MAKE DECISIONS. DEENA WAS SUPPOSE TO GRANT NEW ATTORNEY AFTER I FIRED JONATHAN.

AND ALSO THIS CONTINUANCES CAUSED THE VIOLATION OF MY 90 DAY SPEEDY TRIAL RIGHTS.

OCTOBER 17th, 2021 WAS THE DATE WHICH TRIAL WAS TO BE DISMISSED DUE TO THAT DATE BEING THE 90 DAY SPEEDY TRIAL LIMIT, AND THE DISMISSAL DID NOT HAPPEN. WHEN THIS DID NOT HAPPENED I NOTIFIED DEFENDANT IN A 90 DAY VIOLATION MOTION ON 12/02/21 AN 11/24/21

PLAINTIFF'S REASON FOR LAWSUIT IS THAT DEFENDANTS CAN'T PROVE AN VALIDATION AGAINST PLAINTIFFS ARGUMENT.