#2

A. During these request for continuance the courts had already violated plaintiff's right to 90 day speedy trial. Also defendants says by docket that plaintiff requested psych evaluation.

B. Defendants have made these continuances as if plaintiff requested it, and it caused compensatory damages up to 20 million.