skip to main content

[Print]

# CASE INFORMATION

## CR-21-661662-A THE STATE OF OHIO vs. DARRYL MCKNIGHT,JR

*Handwritten annotation:* EVIDENCE: PIECE OF DEFENDANTS WERE MAKING FALSE CONTINUANCE OF COURT DAYS BY DARRYL

### Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 03/08/2022 | 03/08/2022 | D1 | MO | MOTION TO NOTIFY COURTS ON CIVIL SOON TO BE FILED AGAINST THE COURTS & STATE. | 📄 |
| 02/23/2022 | 02/23/2022 | N/A | JE | HEARING WAIVED. PARTIES WAIVE HEARING IN OPEN COURT AND ON THE RECORD AND STIPULATE BY JOURNAL ENTRY TO THE COURT PSYCHIATRIC CLINIC REPORT. STATE V. DOWDY, 2012 OHIO 2382, (OHIO CT. APP., CUYAHOGA COUNTY, MAY 31, 2012). ON A FORMER DAY, THE DEFENDANT WAS REFERRED TO THE COURT PSYCHIATRIC CLINIC FOR A COMPETENCY EVALUATION. IN THE REPORT DATED 02/16/2022, DR. JACQUELINE HEATH,PHD. OPINED THAT THE DEFENDANT IS INCOMPETENT TO STAND TRIAL, BUT THAT THERE IS A SUBSTANTIAL PROBABILITY OF RESTORATION TO COMPETENCY WITHIN THE STATUTORY TIME FRAME IF PROVIDED WITH A COURSE OF TREATMENT. THE PARTIES STIPULATE TO THE ADMISSION OF THE REPORT AND THE FINDINGS INTO EVIDENCE AND WAIVE CROSS-EXAMINATION OF THE DOCTOR WHO PREPARED THE REPORT. BASED UPON THE EVIDENCE, THE COURT MAKES THE FOLLOWING FINDINGS: 1: THE DEFENDANT IS INCOMPETENT TO STAND TRIAL; 2. THE DEFENDANT CAN BE RESTORED TO COMPETENCY WITHIN THE STATUTORY TIME FRAME IF PROVIDED WITH A COURSE OF TREATMENT; AND 3. THE LEAST RESTRICTIVE TREATMENT SETTING, CONSISTENT WITH THE DEFENDANT'S TREATMENT NEEDS AND SAFETY OF THE COMMUNITY, IS IN-PATIENT TREATMENT AT NORTH COAST BEHAVIORAL HEALTH. PURSUANT TO OHIO REVISED CODE SECTION 2945.38(B), THE COURT ORDERS THE DEFENDANT TO IN-PATIENT TREATMENT FOR COMPETENCY RESTORATION AT NORTH COAST BEHAVIORAL HEALTH UNDER THE SUPERVISION OF THE COURT EVALUATION UNIT. THE DEFENDANT IS HEREBY ORDERED REMANDED TO THE CUYAHOGA COUNTY JAIL UNTIL A BED BECOMES AVAILABLE. UPON NOTIFICATION BY THE MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES COURT COORDINATOR THAT A BED IS AVAILABLE, THE CUYAHOGA COUNTY SHERIFF'S DEPARTMENT IS HEREBY ORDERED TO TRANSPORT THE DEFENDANT TO NORTH COAST BEHAVIORAL HEALTH, 1756 SAGAMORE HILLS RD., NORTHFIELD, OH 44067. CUYAHOGA COUNTY JAIL, C/O CUSTODIAN OF MEDICAL RECORDS: YOU ARE ORDERED TO PROVIDE TO THE ADDRESS ABOVE ANY AND ALL JAIL RECORDS FOR THE CURRENT JAIL STAY INCLUDING BUT NOT LIMITED TO: MEDICAL RECORDS, MENTAL HEALTH RECORDS, PSYCHOLOGICAL OR MENTAL HEALTH EVALUATIONS, MEDICAL OR PSYCHOLOGICAL PROGRESS NOTES, JAIL INMATE INCIDENT REPORTS, DISCIPLINARY REPORTS, SUMMARIES OF JAIL VIOLATIONS AND/OR ANY OTHER RECORDS OF DISCIPLINE. COURT APPROVES LEVEL 4 MEDICAL MOVEMENT. IN THE EVENT THAT THE DEFENDANT REQUIRES NON-EMERGENCY MEDICAL CARE, THE DEFENDANT IS HEREBY GRANTED LEVEL 4 MEDICAL MOVEMENT ALLOWING STAFF OF NORTH COAST BEHAVIORAL HEALTH TO ESCORT THE DEFENDANT TO AND FROM THE APPROPRIATE MEDICAL CARE FACILITY FOR PURPOSES OF MEDICAL TREATMENT ONLY. WHILE AT NORTH COAST BEHAVIORAL HEALTH THE DEFENDANT IS ORDERED TO COOPERATE | 📄 |

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2021 | 12/09/2021 | N/A | JE | PRETRIAL HELD 12/09/2021. PRETRIAL PREVIOUSLY SCHEDULED FOR 12/09/2021 AT 10:00AM IS RESCHEDULED FOR 12/20/2021 AT 10:00AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: DISCOVERY. 12/09/2021 CPJXD 12/09/2021 13:37:10 | 📄 |
| 12/08/2021 | 12/08/2021 | D1 | MO | MOTION TO DISMISS PURSUANT TO RULE OF EV.613(A) INCONSISTANT STATEMENTS, FILED. | 📄 |
| 12/02/2021 | 12/02/2021 | D1 | MO | 90 SPEEDY TRIAL RIGHTS MOTION TO DISMISS FILED PRO SE | 📄 |
| 11/24/2021 | 11/24/2021 | D1 | NT | ORDER OF DISMISSAL FOR NON EXECUTE OR FAILURE TO PROSECUTE, FILED. | 📄 |
| 11/19/2021 | 11/19/2021 | D1 | MO | MOTION TO DISMISS, FILED. | 📄 |
| 11/19/2021 | 11/19/2021 | D1 | MO | REQUEST TO SELF REPRESENT HIMSELF IN COURT | 📄 |
| 11/17/2021 | 11/17/2021 | D1 | MO | MOTION TO DISMISS THE ABOVE CRIMINAL INDICTMENT CASE NUMBER BECAUSE OF REQUEST TO SUPPRESS THE EVIDNCE & BECAUSE THERE IS NOT A CRIME CHARGED THAT WOULD SATISFY CONVICTION BASED ON THE SURVEILLANCE CAMERA VIEWED WHAT TOOK PLACE. | 📄 |
| 11/17/2021 | 11/17/2021 | D1 | NT | NOTICE TO THE COURT I FIRED PUBLIC DEFENDER JONATHAN MCDONALD ON OCTOBER 6 | 📄 |
| 11/16/2021 | 11/16/2021 | N/A | JE | PRETRIAL HELD 11/16/2021. PRETRIAL PREVIOUSLY SCHEDULED FOR 11/16/2021 AT 09:30AM IS RESCHEDULED FOR 12/09/2021 AT 10:00AM. AT THE REQUEST OF STATE. REASON FOR CONTINUANCE: DISCOVERY/RULE 11. 11/16/2021 CPJXD 11/16/2021 14:00:53 | 📄 |
| 11/08/2021 | 11/08/2021 | D1 | MO | MOTION TO DISMISS, FILED. | 📄 |
| 10/18/2021 | 10/18/2021 | D1 | MO | MOTION TO DISMISS, FILED. | 📄 |
| 10/18/2021 | 10/18/2021 | N/A | JE | PRETRIAL HELD 10/18/2021. PRETRIAL PREVIOUSLY SCHEDULED FOR 10/18/2021 AT 09:30AM IS RESCHEDULED FOR 11/16/2021 AT 09:30AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: DISCOVERY. 10/18/2021 CPJXD 10/18/2021 09:38:27 | 📄 |
| 10/01/2021 | 10/04/2021 | N/A | JE | PRETRIAL SET FOR 10/18/2021 AT 09:30 AM. REASON FOR CONTINUANCE: ####MHDD TRANSFER##### 10/01/2021 CPJXD 10/01/2021 16:48:30 | 📄 |
| 09/30/2021 | 09/30/2021 | N/A | JE | THIS MATTER WAS ORIGINALLY ASSIGNED TO THE DOCKET OF JUDGE BRIAN J CORRIGAN (312). THE DEFENDANT WAS FOUND ELIGIBLE FOR THE MENTAL HEALTH DOCKET. THIS CASE IS HEREBY TRANSFERRED TO THE MENTAL HEALTH DOCKET AND REASSIGNED TO JUDGE DEENA R CALABRESE (357) FOR FURTHER PROCEEDINGS ACCORDING TO LAW. | 📄 |
| 09/29/2021 | 09/30/2021 | N/A | JE | THE DEFENDANT IS REFERRED TO THE MHDD COURT. 09/29/2021 CP1PS 09/29/2021 13:27:35 | 📄 |
| 09/08/2021 | 09/08/2021 | N/A | JE | PRETRIAL HELD 09/08/2021. PRETRIAL PREVIOUSLY SET FOR 09/08/2021 AT 09:00AM IS RESET FOR 09/29/2021 AT 09:00AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ONGOING DISCOVERY. 09/08/2021 CPBWL 09/08/2021 10:05:42 | 📄 |
| 09/01/2021 | 09/01/2021 | D | NT | NOTICE OF SUIT CIVIL BEING FILE FOR 1 MILLION DOLLARS. LEGAL MALPRACTICE | 📄 |
| 09/01/2021 | 09/01/2021 | D | MO | MOTION TO HAVE AN EVIDENTIARY HEARING | 📄 |
| 08/31/2021 | 08/31/2021 | D1 | MO | MOTION TO SUPPRESS THE EVIDENCE, FILED. PRO SE | 📄 |
| 08/31/2021 | 08/31/2021 | D1 | MO | MOTION OF RECOGNITION, FILED PRO SE | 📄 |
| 08/25/2021 | 08/25/2021 | D | NT | NOTICE THAT DEFENDANT IS FILING CIVIL AGAINST CUYAHOGA COUNTY COURT OF COMMON PLEAS & MOTION TO DISMISS AND REACH SETTLEMENT | 📄 |
| 08/25/2021 | 08/25/2021 | P1 | GP | SUPPLEMENTAL DISCOVERY RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. | |
| 08/25/2021 | 08/25/2021 | N/A | JE | PRETRIAL HELD 08/25/2021. PRETRIAL PREVIOUSLY SET FOR 08/25/2021 AT 09:00AM IS RESET FOR 09/08/2021 AT 09:00AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ONGOING DISCOVERY 08/25/2021 CP1PS 08/25/2021 10:04:00 | 📄 |
| 08/25/2021 | 08/25/2021 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 45030375 RETURNED 8/24/2021 FAILURE OF SERVICE ON DEFENDANT MCKNIGHT/DARRYL/W - | |

## Case Actions

| Event Date | Event Description |
|---|---|
| 01/20/2022 | PRETRIAL HELD |
| 12/20/2021 | PRETRIAL HELD |
| 12/09/2021 | PRETRIAL HELD |
| 11/16/2021 | PRETRIAL HELD |
| 10/18/2021 | PRETRIAL HELD |
| 09/08/2021 | PRETRIAL HELD |
| 08/25/2021 | PRETRIAL HELD |
| 08/12/2021 | PRETRIAL HELD |
| 07/27/2021 | FIRST APPEARANCE |
| 07/27/2021 | INDICTED BINDOVER |
| 07/26/2021 | CPD EDC SET |
| 07/22/2021 | BINDOVER CIF#CI210238AO |
| 07/20/2021 | ARRESTED |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.

Copyright © 2022 PROWARE. All Rights Reserved. 1.1.257

7/20

8 31 42
9 31 73
10 31 94

10/31/2021

11/24/21 REP mysolf

1/20/22

```
    82
    28
   110
    9
   ---
   200
    31
   ---
   231
```

262 DAYS AFTER REQUESTING CONTINUANCE