# UNITED STATES DISTRICT COURT

Darryl W. McKnight Jr
1756 Sagamore Rd  Northfield OH, 44067

v.

Cuyahoga Court Employees
Eamon McDermott
Deena Calabrese
Cuyahoga Clerk: Trent Wright
  1200 Ontario St Cleve, OH 44113
Jonathan McDonald
  1220 West 6th Street Cleve, OH 44113

ACTION DEMANDING $2,000,000