DARRYL MCKNIGHT JR
1756 SAGAMORE RD
NORTHFIELD, OH 44067



U.S DISTRICT CLERK OF COURTS
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113