U.S NORTHERN DISTRICT COURT

FILER: DARRYL W. MCKNIGHT JR.
FILE NO. 122CV00617

4/25/2022

STATEMENT OF FACTS

FILED
MAY 02 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Respectfully from
Darryl Wayne McKnight

## STATEMENT OF FACTS

Plaintiff became of Defendant on charges July 20th 2021. Plaintiff gave that court knowledge that he only was defensive with force because their victim was caught trespassing by Plaintiff on or about July 6-7th.

He also gave them knowledge by document that he is a lease holder of the location of the incident. The courts have not made any attempts to resolve the issue, so Plaintiff gave them his rental lease agreement.

The defendants Deena and Eamon pursued constantly even though 2901.05 B(1), (H) and (E) disqualifies the pursuit, so Plaintiff seek monetary compensation for missed unemployment from pandemic, monetary comp. for violating his U.S Constitutional Amendment Rights. Plaintiff gave more detail on memorandum.

# MEMORANDUM

2901.05 (B)(1) SAYS
A PERSON IS ALLOWED TO ACT IN SELF DEFENSE, DEFENSE OF ANOTHER, OR OF THAT PERSON'S RESIDENCE, IF AT THE TRIAL OF THE ACCUSED OF AN OFFENSE THAT INVOLVES THE PERSON'S USE OF FORCE AGAINST ANOTHER, THERE IS EVIDENCE PRESENTED THAT TENDS TO SUPPORT THAT THE INVOLVED PERSON BEING ACCUSED USED FORCE IN DEFENSE OF HIS RESIDENCE, THE PROSECUTION MUST PROVE THAT THE FORCE WAS NOT USED IN THAT DEFENSE.

SO WITH RESPECT DEFENDANT INTRODUCES 2901.05 TO SAY THAT HE ALREADY SENT COPIES OF HIS RENTAL LEASE TO THE STATED LOCATED SCENE AS DESCRIBED IN WARRANT OF 3875 W 25th ST.

2901.05 GIVES THE KNOWLEDGE THAT IF EVIDENCE IS SUBMITTED THE COURT CAN GRANT RELIEF. THE PERSON TERRANCE FLOWERS NOR CAN THE STATE PROVE BY EVIDENCE THAT FLOWER'S FOLLOWED PROCEDURE TO ATTEMPT TO ENTER AND REMAIN ON PROPERTY PREMISES.

I THE DEFENDANT RECOGNIZED THE TRESPASS ATTEMPT, SECTION 3(b) STATES THAT AN RESIDENT HAS THE RIGHT TO USE SUCH FORCE IF THE TRESPASSER HAS NO AUTHORITY. AUTHORITY WOULD BE GRANTED IF FLOWERS SIGNED THE SIGN IN SHEET, BUT HIS NAME IS NOT THERE. I ASK THAT SINCE DEFENDANT IS CHARGED OFFER THE PROOF THAT PROCEDURE WAS FOLLOWED.

Conclusion: Plaintiff seeks 2 million for all the damages caused by the defendants. The element can't be proved in their court so, it caused damage keeping plaintiff in custody.

This was sent USPS mail to 801 West Superior Ave Cleveland, OH 44113.

*Darryl McGrath*