DARRYL MCKNIGHT
1756 SAGAMORE RD
NORTHFIELD, OHIO 44067

CLEVELAND OH 440
28 APR 2022 PM 8

ZIP 44067
02 4W
0000368543 APR 27 2022
$000.53

US POSTAGE PITNEY BOWES

U.S. NORTHERN DISTRICT CLERK
801 WEST SUPERIOR AVENUE
CLEVELAND, OHIO 44113

44113-183025