UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL WAYNE MCKNIGHT, JR., | ) | CASE NO. 1:22-cv-617 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) | |
| | ) | |
| CUYAHOGA COURT EMPLOYEES, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the accompanying Memorandum Opinion and Order, this case is dismissed pursuant to 28 U.S.C. §1915(e). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision may not be taken in good faith.

**IT IS SO ORDERED.**

Date: August 2, 2022

BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE